**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND VENTILATOR LITIGATION | MDL Docket No. 3014 |

## **PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation ("JPML"), I hereby certify that on October 15, 2021, a true and correct copy of the foregoing Notice of Potential Tag-Along Actions was served on all parties electronically via the JPML's CM/ECF system.  I further certify that I caused the foregoing to be mailed via the U.S. Mail or e-mail to the recipients identified on the attached Service List.

Dated:  October 22, 2021

Respectfully Submitted,

/s/ *John P. Lavelle, Jr.*
John P. Lavelle, Jr.
john.lavelle@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000

*Counsel for Defendants Philips North
America LLC, Philips RS North America LLC
and Philips Holding USA, Inc.*

**SERVICE LIST**

| Plaintiff(s): | Counsel for Plaintiff(s): |
|---|---|
| Adkins, Greg | Alex Outwater<br>Erin G. Comite<br>Joseph P. Guglielmo<br>Scott + Scott, Attorneys at Law, LLP<br>The Helmsley Building<br>230 Park Avenue, Floor 17th<br>New York, NY 10169<br>212.223.6444<br>Email: aoutwater@scott-scott.com<br>Email: ecomite@scott-scott.com<br>Email: jguglielmo@scott-scott.com<br><br>David S. Golub<br>Ian W. Sloss<br>Sean K. McElligott<br>Steven L. Bloch<br>Silver, Golub & Teitell LLP<br>184 Atlantic Street<br>Stamford, CT 06901<br>203.325.4491<br>Fax: 203.825.3769<br>Email: dgolub@sgtlaw.com<br>Email: isloss@sgtlaw.com<br>Email: smcelligott@sgtlaw.com<br>Email: sbloch@sgtlaw.com |
| Akers, Andrea | Alex Kashurba<br>Benjamin Johns<br>Steven Schwartz<br>Chimicles, Schwartz, Kriner & Donaldson-Smith LLP<br>361 West Lancaster Avenue<br>Haverford, PA 19041<br>610.642.8500<br>Email: amk@chimicles.com<br>Email: bfj@chimicles.com<br>Email: sas@chimicles.com<br><br>Franklin  D. Azar<br>Paul  R. Wood<br>Franklin D. Azar & Associates PC<br>14426 East Evams Avenue<br>Aurora, CO 80014<br>303.757.3300<br>Fax: 720.213.5131<br>Email: azarf@fdazar.com<br>Email: woodp@fdazar.com |
| Algofi, Sebe | Jason M. Leviton<br>Block & Leviton LLP<br>260 Franklin Street, Suite 1860<br>Boston, MA 02110<br>617.398.5600<br>Fax: 617.507.6020<br>Email: jason@blockleviton.com |

## SERVICE LIST

| Plaintiff(s): | Counsel for Plaintiff(s): |
|---|---|
| Allison, Susan | Dustin L. Schubert<br>Robert C. Schubert<br>Schubert, Jonckheer & Kolbe LLP<br>Three Embarcadero Center<br><br>San Francisco, CA 94111<br>415.788.4220<br>Fax: 415.788.0161<br>Email: dschubert@sjk.law<br>Email: rschubert@sjk.law<br><br>Adam M. Stewart<br>Edward F. Haber<br>Ian J. McLoughlin<br>Patrick J. Vallely<br>Shapiro, Haber & Urmy LLP<br>Seaport East<br>Two Seaport Lane<br>Boston, MA 02210<br>617.439.3939<br>Email: astewart@shulaw.com<br>Email: ehaber@shulaw.com<br>Email: imcloughlin@shulaw.com<br>Email: pvallely@shulaw.com |
| Anthony, John | Alex Kashurba<br>Benjamin Johns<br>Steven Schwartz<br>Chimicles, Schwartz, Kriner & Donaldson-Smith LLP<br>361 West Lancaster Avenue<br>Haverford, PA 19041<br>610.642.8500<br>Email: amk@chimicles.com<br>Email: bfj@chimicles.com<br>Email: sas@chimicles.com<br><br>James C. Shah<br>Natalie Finkelman Bennett<br>Miller Shah LLP<br>1845 Walnut Street, Suite 806<br>Philadelphia, PA 19103<br>610.891.9880<br>Fax: 866.300.7367<br>Email: jcshah@millershah.com<br>Email: nfinkelman@millershah.com |

**SERVICE LIST**

| Plaintiff(s): | Counsel for Plaintiff(s): |
|---|---|
| Autry, Russell | Jeffrey A. Barrack<br>Barrack, Rodos & Bacine<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103<br>215.963.0600<br>Fax: 215.963.0838<br>Email: jbarrack@barrack.com<br><br>John G. Emerson<br>Emerson Firm PLLC<br>2500 Wilcrest, Suite 300<br>Houston, TX 77042<br>800.551.8649<br>Fax: 501.286.4659<br>Email: jemerson@emersonfirm.com<br><br>Arnold Levin<br>Frederick S. Longer<br>Laurence S. Berman<br>Sandra L. Duggan<br>Levin Sedran Berman LLP<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>215.592.1500<br>Fax: 215.592.4663<br>Email: alevin@lfsblaw.com<br>Email: flonger@lfsblaw.com<br>Email: lberman@lfsblaw.com<br>Email: sduggan@lfsblaw.com |
| Bain, Don | Joel D. Smith<br>L. Timothy Fisher<br>Sean L. Litteral<br>Bursor & Fisher PA<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>925.300.4455<br>Fax: 925.407.2700<br>Email: jdsmith@bursor.com<br>Email: ltfisher@bursor.com<br>Email: slitteral@bursor.com<br><br>Kevin J. McCullough<br>Mazow & McCullough PC<br>10 Derby Square, Floor 4th<br>Salem, MA 01970<br>978.744.8000<br>Fax: 978.744.8012<br>Email: kjm@helpinginjured.com |

### SERVICE LIST

| Plaintiff(s): | Counsel for Plaintiff(s): |
|---|---|
| Ballenger, Jason | Evan T. Rosemore<br>Francois M. Blaudeau<br>Odeh J. Issis<br>Southern Med Law<br>2224 1st Avenue North<br>Birmingham, AL 35203<br>205.326.3336<br>Fax: 205.326.3332<br>Email: evan@southernmedlaw.com<br>Email: francois@southernmedlaw.com<br>Email: odeh@southernmedlaw.com |
| Bartley, Shawn | Richard Golomb<br>Golomb Spirit Grunfeld PC<br>1835 Market Street, Suite 2900<br>Philadelphia, PA 19103<br>215.985.9177<br>Fax: 215.985.4169<br>Email: rgolomb@golomblegal.com<br><br>Alex Outwater<br>Erin G. Comite<br>Joseph P. Guglielmo<br>Scott + Scott, Attorneys at Law, LLP<br>The Helmsley Building<br>230 Park Avenue, Floor 17th<br>New York, NY 10169<br>212.223.6444<br>Email: aoutwater@scott-scott.com<br>Email: ecomite@scott-scott.com<br>Email: jguglielmo@scott-scott.com<br><br>David S. Golub<br>Ian W. Sloss<br>Sean K. McElligott<br>Steven L. Bloch<br>Zachary A. Rynar<br>Silver, Golub & Teitell LLP<br>184 Atlantic Street<br>Stamford, CT 06901<br>203.325.4491<br>Fax: 203.825.3769<br>Email: dgolub@sgtlaw.com<br>Email: isloss@sgtlaw.com<br>Email: smcelligott@sgtlaw.com<br>Email: sbloch@sgtlaw.com |

## SERVICE LIST

| Plaintiff(s): | Counsel for Plaintiff(s): |
|---|---|
| Basemore, Donald | Jason M. Leviton<br>Block & Leviton LLP<br>260 Franklin Street, Suite 1860<br>Boston, MA 02110<br>617.398.5600<br>Fax: 617.507.6020<br>Email: jason@blockleviton.com<br><br>Craig E. Rothburd<br>Craig E. Rothburd PA<br>320 W. Kennedy Blvd., Suite 700<br>Tampa, FL 33606<br>813-251-8800<br>Email: crothburd@e-rlaw.com<br><br>Roger L. Mandel<br>Jeeves Mandel Law Group, P.C.<br>2833 Crockett Street, Suite 135<br>Fort Worth, TX 75251<br>214-253-8300<br>Email: rmandel@jeevesmandellawgroup.com<br><br>Scott R. Jeeves<br>Jeeves Mandel Law Group, P.C.<br>954 First Avenue North, Suite<br>St. Petersburg, FL 33705<br>727-894-2929<br>Email: sjeeves@jeeveslawgroup.com |

### SERVICE LIST

| Plaintiff(s): | Counsel for Plaintiff(s): |
|---|---|
| Bastasch, Michael | Justin Sobodash<br>Law Office of Justin Sobodash PC<br>8335 W. Sunset Blvd, Suite 366<br>West Hollywood, CA 90069<br>323.337.9010<br>Fax: 323.656.7155<br>Email: justin@sobodashlaw.com<br><br>Kevin Hannon<br>Morgan & Morgan<br>1641 Downing Street<br>Denver, CO 80218<br>303.264.1769<br>Fax: 303.264.1795<br>Email: khannon@forthepeople.com<br><br>Marie N. Appel<br>Michael F. Ram<br>Morgan & Morgan<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102<br>415.358.6913<br>Fax: 415.358.6923<br>Email: mappel@forthepeople.com<br>Email: mram@forthepeople.com<br><br>Glen A. Danas<br>Robins Kaplan LLP<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067<br>310.229.5410<br>Email: gdanas@robinskaplan.com |
| Baughman, Julius | Arnold Levin<br>Sandra L. Duggan<br>Levin Sedran Berman LLP<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>215.592.1500<br>Fax: 215.592.4663<br>Email: alevin@lfsblaw.com<br>Email: sduggan@lfsblaw.com |

### SERVICE LIST

| Plaintiff(s): | Counsel for Plaintiff(s): |
|---|---|
| Bellotti, Pete | D. Patrick Huyett<br>Jonathan M. Jagher<br>Freed, Kanner, London & Millen LLC<br>923 Fayette Street<br>Conshohocken, PA 19428<br>610.234.6486<br>Email: phuyett@fklmlaw.com<br>Email: jjagher@fklmlaw.com<br><br>Aarthi Manohar<br>Craig W. Hillwig<br>William E. Hoese<br>Kohn, Swift & Graf PC<br>1600 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>215.238.1700<br>Email: amanohar@kohnswift.com<br>Email: chillwig@kohnswift.com<br>Email: whoese@kohnswift.com |
| Bemiss, Roy | Inez J. Ross<br>James  G. Onder<br>OnderLaw LLC<br>110 E. Lockwood<br>St. Louis , MO 63119<br>314.963.9000<br>Fax: 314.963.1700<br>Email: iross@onderlaw.com<br>Email: onder@onderlaw.com |
| Bleakney, Carl | Chandler Steiger<br>Kevin J. Abramowicz<br>Kevin W. Tucker<br>Stephanie Moore<br>East End Trial Group LLC<br>6901 Lynn Way, Suite 215<br>Pittsburgh, PA 15208<br>412.877.5220<br>Fax: 412.626.7101<br>Email: csteiger@eastendtrialgroup.com<br>Email: kabramowicz@eastendtrialgroup.com<br>Email: ktucker@eastendtrialgroup.com<br>Email: smoore@eastendtrialgroup.com |

### SERVICE LIST

| Plaintiff(s): | Counsel for Plaintiff(s): |
|---|---|
| Bossey, Mark | Benjamin Isser<br>Kenneth Grunfeld<br>Richard Golomb<br>Golomb Spirit Grunfeld PC<br>1835 Market Street, Suite 2900<br>Philadelphia, PA 19103<br>215.985.9177<br>Fax: 215.985.4169<br>Email: bisser@golomblegal.com<br>Email: kgrunfeld@golomblegal.com<br>Email: rgolomb@golomblegal.com<br><br>Arnold Levin<br>Laurence S. Berman<br>Sandra L. Duggan<br>Levin Sedran Berman LLP<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>215.592.1500<br>Fax: 215.592.4663<br>Email: alevin@lfsblaw.com<br>Email: lberman@lfsblaw.com<br>Email: sduggan@lfsblaw.com |
| Boudreau, Prinna | Ian W. Sloss<br>Richard A. Silver<br>Sean K. McElligott<br>Steven L. Bloch<br>Zachary A. Rynar<br>Silver, Golub & Teitell LLP<br>184 Atlantic Street<br>Stamford, CT 06901<br>203.325.4491<br>Fax: 203.825.3769<br>Email: isloss@sgtlaw.com<br>Email: rsilver@sgtlaw.com<br>Email: smcelligott@sgtlaw.com<br>Email: sbloch@sgtlaw.com<br>Email: zrynary@sgtlaw.com |
| Bowman, Michael | Brendan A. McDonough<br>Weitz & Luxenberg PC<br>700 Broadway<br>New York, NY 10003<br>212.558.5500<br>Email: bmcdonough@weitzlux.com |

## SERVICE LIST

| Plaintiff(s): | Counsel for Plaintiff(s): |
|---|---|
| Brengle, Bill | Arnold Levin<br>Frederick S. Longer<br>Laurence S. Berman<br>Sandra L. Duggan<br>Levin Sedran Berman LLP<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>215.592.1500<br>Fax: 215.592.4663<br>Email: alevin@lfsblaw.com<br>Email: flonger@lfsblaw.com<br>Email: lberman@lfsblaw.com<br>Email: sduggan@lfsblaw.com<br><br>Kyle G.A. Wallace<br>Shiver Hamilton LLC<br>3490 Piedmont Road, Suite 640<br>Atlanta, GA 30305<br>404.593.0020<br>Fax: 888.501.9536<br>Email: kwallace@shiverhamilton.com |
| Brooks, Marion Edward | John M. Deakle<br>Ronald V. Johnson<br>Russell L. Johnson<br>Deakle-Johnson Law Firm PLLC<br>802 N. Main Street, P.O. Box 2072<br>Hattiesburg, MS 39403<br>601.544.0631<br>Fax: 601.544.0699<br>Email: jmd@deaklelawfirm.com<br>Email: rvjohnson@djlawms.com<br>Email: rljohnson@djlawms.com<br><br>D. Chad Nuce<br>Pasely, Nuce, Mallory & Davis LLC<br>300 West Gordon Street, Post Office Drawer 1168<br>Thomaston, GA 30286<br>706.646.3200<br>Fax: 706.646.2147<br>Email: cnuce@pnlawgroup.com<br><br>Andrea Barient<br>Patrick W. Pendley<br>Pendley, Baudin & Coffin<br>24110 Eden Street, P.O. Drawer 71<br>Plaquemine, LA 70765<br>888.725.2477<br>Fax: 225.687.6398<br>Email: abarient@pbclawfirm.com<br>Email: pwpendley@pbclawfirm.com<br><br>Richard H. Bishoff<br>Richard H. Bischoff PC<br>1849 Woodland Road, Post Office Drawer 1269<br>Thomaston, GA 30286 |

**SERVICE LIST**

| Plaintiff(s): | Counsel for Plaintiff(s): |
|---|---|
| Brown, Levelle D. | Levelle D. Brown<br>(Pro Se)<br>20930 Reames Road<br>Zachary, LA 70791<br>618.616.0665 |
| Bryant, Kelli | Alyson Oliver<br>Kresch Oliver PLLC<br>1647 W. Big Beaver Rd.<br>Troy, MI 48084-5380<br>Email: notifications@oliverlg.com |
| Cannata, Jo | Betsy Barnes<br>Paul H. Villalobos<br>Richard L. Root<br>Morris Bart LLC<br>601 Poydras Street, Floor 24th<br>New Orleans, LA 70130<br>504.525.8000<br>Fax: 833.277.4214<br>Email: bbarnes@morrisbart.com<br>Email: pvillalobos@morrisbart.com<br>Email: rroot@morrisbart.com |
| Cantrelle, Edward | Claire E. Berg<br>Gerald E. Meunier<br>M. Palmer Lambert<br>Gainsburgh, Benjamin, David, Meunier & Warshauer LLC<br>2800 Entergy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163<br>504.522.2304<br>Fax: 504.528.9973<br>Email: cberg@gainsben.com<br>Email: gmenuier@gainben.com<br>Email: plambert@gainsben.com |
| Chavez, Luz Elena | Kelsey L. Stokes<br>Fleming, Nolen & Jez LLP<br>2800 Post Oak Blvd, Suite 4000<br>Houston, TX 77056-6109<br>713.621.7944<br>Fax: 713.621.9638<br>Email: kelsey_stokes@fleming-law.com |
| Clifton, Anthony | Cathy M. Roe<br>Jessica L. Becerra<br>Kristy M. Arevalo<br>McCune Wright Arevalo LLP<br>3281 East Guasti Road, Suite 100<br>Ontario, CA 91761<br>kma@mccunewright.com<br>909.557.1250<br>Fax: 909.557.1275 |

## SERVICE LIST

| Plaintiff(s): | Counsel for Plaintiff(s): |
|---|---|
| Cochran, Dale | Cathy M. Roe<br>Jessica L. Becerra<br>Kristy M. Arevalo<br>McCune Wright Arevalo LLP<br>3281 East Guasti Road, Suite 100<br>Ontario, CA 91761<br>kma@mccunewright.com<br>909.557.1250<br>Fax: 909.557.1275 |
| Cohen, Suzanne | Benjamin Isser<br>Kenneth Grunfeld<br>Richard Golomb<br>Golomb Spirit Grunfeld PC<br>1835 Market Street, Suite 2900<br>Philadelphia, PA 19103<br>215.985.9177<br>Fax: 215.985.4169<br>Email: bisser@golomblegal.com<br>Email: kgrunfeld@golomblegal.com<br>Email: rgolomb@golomblegal.com<br><br>Anthony Irpino<br>Pearl Robertson<br>Irpino Avin Hawkins<br>2216 Magazine Street<br>New Orleans, LA 70130<br>504.525.1500<br>Fax: 504.525.1501<br>Email: airpino@irpinolaw.com<br>Email: probertson@irpinolaw.com<br><br>D. Aaron Rihn<br>Robert Peirce & Associates PC<br>707 Grant Street, Suite 125<br>Pittsburgh, PA 15219<br>412.281.7229<br>Fax: 412.281.4229<br>Email: arihn@peircelaw.com |
| Columbus, Edward Jr | Benjamin A. Krass<br>Matthew  F. Pawa<br>Seeger Weiss LLP<br>1280 Centre Street, Suite 230<br>Newton Centre, MA 02459<br>617.641.9550<br>Email: bkrass@seegerweiss<br>Email: mpawa@seegerweiss.com |
| Conley, Daniel F | Jason M. Leviton<br>Block & Leviton LLP<br>260 Franklin Street, Suite 1860<br>Boston, MA 02110<br>617.398.5600<br>Fax: 617.507.6020<br>Email: jason@blockleviton.com |

# SERVICE LIST

| Plaintiff(s): | Counsel for Plaintiff(s): |
|---|---|
| Connolly, Charlene | Betsy Barnes<br>Paul H. Villalobos<br>Richard L. Root<br>Morris Bart LLC<br>601 Poydras Street, Floor 24th<br>New Orleans, LA 70130<br>504.525.8000<br>Fax: 833.277.4214<br>Email: bbarnes@morrisbart.com<br>Email: pvillalobos@morrisbart.com<br>Email: rroot@morrisbart.com |
| Cornelius, Robert | Arnold Levin<br>Frederick S. Longer<br>Laurence S. Berman<br>Sandra L. Duggan<br>Levin Sedran Berman LLP<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>215.592.1500<br>Fax: 215.592.4663<br>Email: alevin@lfsblaw.com<br>Email: flonger@lfsblaw.com<br>Email: lberman@lfsblaw.com<br>Email: sduggan@lfsblaw.com |
| Cornwell, Michael | Steven C. Babin, Jr<br>Syreeta Poindexter<br>Babin Law LLC<br>22 E. Gay Street, Suite 200<br>Columbus, OH 43215<br>614.761.8800<br>Email: steven.babin@babinlaws.com<br>Email: syreeta.poindexter@babinlaws.com |
| Dansky, Michael | Ashley  DiLiberto<br>Joseph Messa, Jr<br>Messa & Associates<br>2000 Academy Drive, Suite 200<br>Mt. Laurel, NJ 08054<br>856.810.9500<br>Fax: 856.810.9918 |
| Davis, Elaine B. | Caroline G. McGlamry<br>Courtney Mohammadi<br>Kimberly J. Johnson<br>Michael L. McGlamry<br>N. Kirkland Pope<br>Pope McGlamry PC<br>3391 Peachtree Road Northeast, Suite 300<br>Atlanta, GA 30326<br>404.523.7706<br>Fax: 404.524.1648<br>Email: carolinemcglamry@popemcglamry.com<br>Email: courtneymohammadi@pmkm.com<br>Email: kimjohnson@popemcglamry.com<br>Email: mmcglamry@popemcglamry.com<br>Email: kirkpope@popemcglamry.com |

**SERVICE LIST**

| Plaintiff(s): | Counsel for Plaintiff(s): |
|---|---|
| Davis, Thomas C. | Caroline G. McGlamry<br>Courtney Mohammadi<br>Kimberly J. Johnson<br>Michael L. McGlamry<br>N. Kirkland Pope<br>Pope McGlamry PC<br>3391 Peachtree Road Northeast, Suite 300<br>Atlanta, GA 30326<br>404.523.7706<br>Fax: 404.524.1648<br>Email: carolinemcglamry@popemcglamry.com<br>Email: courtneymohammadi@pmkm.com<br>Email: kimjohnson@popemcglamry.com<br>Email: mmcglamry@popemcglamry.com<br>Email: kirkpope@popemcglamry.com |
| Dedman, Sherry | Dustin L. Schubert<br>Robert C. Schubert<br>Schubert, Jonckheer & Kolbe LLP<br>Three Embarcadero Center<br><br>San Francisco, CA 94111<br>415.788.4220<br>Fax: 415.788.0161<br>Email: dschubert@sjk.law<br>Email: rschubert@sjk.law<br><br>Edward F. Haber<br>Patrick J. Vallely<br>Shapiro, Haber & Urmy LLP<br>Seaport East<br>Two Seaport Lane<br>Boston, MA 02210<br>617.439.3939<br>Email: ehaber@shulaw.com<br>Email: pvallely@shulaw.com |

# SERVICE LIST

| Plaintiff(s): | Counsel for Plaintiff(s): |
|---|---|
| DiMaggio, Thomas | Jacob P Berman<br>Marin D McLean<br>Steve W Berman<br>Hagens Berman Sobol Shapiro LLP<br>1301 Second Avenue, Suite 200<br>Seattle, WA 98101<br>203.623.7292<br>Fax: 203.623.0594<br>Email: jakeb@hbsslaw.com<br>Email: martym@hbsslaw.com<br>Email: steve@hbsslaw.com<br><br>Hannah W. Brennan<br>Hagens Berman Sobol Shapiro LLP<br>55 Cambridge Parkway, Suite 301<br>Cambridge, MA 02142<br>617.482.3700<br>Fax: 617.482.3003<br>Email: hannahb@hbsslaw.com<br><br>Jessica J Pritchett<br>Marion M Reilly<br>Robert C Hilliard<br>Hilliard Martinez Gonzales LLP<br>719 S. Shoreline Blvd<br>Corpus Christi, TX 78401<br>361.882.1612<br>Fax: 361.882.3015<br>Email: jpritchett@hmglawfirm.com<br>Email: marion@hmglawfirm.com<br>Email: bobh@hmglawfirm.com |
| Drake, Nathaniel | Jeff P. Shiver<br>Kyle G.A. Wallace<br>Shiver Hamilton LLC<br>3490 Piedmont Road, Suite 640<br>Atlanta, GA 30305<br>404.593.0020<br>Fax: 888.501.9536<br>Email: jeff@shiverhamilton.com<br>Email: kwallace@shiverhamilton.com |
| Dyson, William Larry and Judy Ann Dyson | Casey L. Lott<br>Thomas O. Cooley<br>Langston & Lott PLLC<br>100 South Main Street<br>Booneville, MS 38829<br>662.728.9733<br>Fax: 662.728.1922<br>Email: clott@langstonlott.com |

## SERVICE LIST

| Plaintiff(s): | Counsel for Plaintiff(s): |
|---|---|
| Emmino, Francine | Aaron R. Modiano<br>Napoli Shkolnik PLLC<br>2665 South Bayshore Drive, Suite 220<br>Coconut Grove, FL 33133<br>212.397.1000<br>Email: amodiano@napolilaw.com<br><br>Nicholas R. Farnolo<br>Napoli Shkolnik PLLC<br>400 Broadhollow Road, Suite 305<br>Melville, NY 11747<br>212.397.1000<br>Email: nfarnolo@napolilaw.com |
| Farmer, Diana | Blake Abbott<br>Anastopoulo Law Firm LLC<br>32 Ann Street<br>Charleston, SC 29403<br>843.614.8888<br>Email: blake@akimlawfirm.com<br><br>Michael London<br>Douglas & London PC<br>59 Maiden Lane<br>New York, NY 10038<br>212.566.7500<br>Fax: 212.366.7501<br>Email: mlondon@douglasandlondon.com<br><br>Harry Deitzler<br>James C. Peterson<br>Hill, Peterson, Carper, Bee & Deitzler PPLC<br>Northgate Business Park<br>500 Tracy Way<br>Charleston, WV 25311<br>800.822.5667<br>Fax: 304.345.1519<br>Email: HGDeitzler@hpcbd.com<br>Email: JCPeterson@hpcbd.com |
| Feick, Mark | Jason M. Leviton<br>Block & Leviton LLP<br>260 Franklin Street, Suite 1860<br>Boston, MA 02110<br>617.398.5600<br>Fax: 617.507.6020<br>Email: jason@blockleviton.com<br><br>Eric Lechtzin<br>Marc H. Edelson<br>Edelson Lechtzin LLP<br>3 Terry Drive, Suite 205<br>Newtown, PA 18940<br>215-867-2399<br>Email: elechtzin@edelson-law.com<br>Email: medelson@edelson-law.com |

**SERVICE LIST**

| Plaintiff(s): | Counsel for Plaintiff(s): |
|---|---|
| Franklin, Antonio | Alyson Oliver<br>Kresch Oliver PLLC<br>24100 Southfield Rd - Ste 305<br>Southfield, MI  48075<br>Email: notifications@krescholiver.com |
| Freeman, Barbara | Betsy Barnes<br>Paul H. Villalobos<br>Richard L. Root<br>Morris Bart LLC<br>601 Poydras Street, Floor 24th<br>New Orleans, LA 70130<br>504.525.8000<br>Fax: 833.277.4214<br>Email: bbarnes@morrisbart.com<br>Email: pvillalobos@morrisbart.com<br>Email: rroot@morrisbart.com |
| Goins, Timothy | Stratton Taylor<br>Darrell W. Downs<br>Logan J. Hathcoat<br>Taylor, Foster, Mallett, Downs & Ramsey & Russell<br>400 West Fourth Street<br>P.O. Box 309<br>Claremore, OK  74018<br>918.343.4100<br>Fax:  918.343.4900<br>staylor@soonerlaw.com<br>ddowns@soonerlaw.com<br>lhathcoat@soonerlaw.com |

### SERVICE LIST

| Plaintiff(s): | Counsel for Plaintiff(s): |
|---|---|
| Goodenough, Mark | Jeffrey A. Barrack<br>Barrack, Rodos & Bacine<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103<br>215.963.0600<br>Fax: 215.963.0838<br>Email: jbarrack@barrack.com<br><br>John G. Emerson<br>Emerson Firm PLLC<br>2500 Wilcrest, Suite 300<br>Houston, TX 77042<br>800.551.8649<br>Fax: 501.286.4659<br>Email: jemerson@emersonfirm.com<br><br>Arnold Levin<br>Frederick S. Longer<br>Laurence S. Berman<br>Sandra L. Duggan<br>Levin Sedran Berman LLP<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>215.592.1500<br>Fax: 215.592.4663<br>Email: alevin@lfsblaw.com<br>Email: flonger@lfsblaw.com<br>Email: lberman@lfsblaw.com<br>Email: sduggan@lfsblaw.com<br><br>Ari Basser<br>Pomerantz LLP<br>1100 Glendon Avenue, Floor 15th |
| Graham, Gayla | Jordan Stanton<br>Tyler Thompson<br>Dolt, Thompson, Shepherd & Conway PSC<br>13800 Lake Point Circle<br>Louisville, KY 40223<br>502.244.7772<br>Email: jstanton@kytrial.com<br>Email: tthompson@kytrial.com |

**SERVICE LIST**

| Plaintiff(s): | Counsel for Plaintiff(s): |
|---|---|
| Griffin, Brenda Linette | Jason M. Leviton<br>Block & Leviton LLP<br>260 Franklin Street, Suite 1860<br>Boston, MA 02110<br>617.398.5600<br>Fax: 617.507.6020<br>Email: jason@blockleviton.com<br><br>Adam E. Polk<br>Makenna Cox<br>Tom Watts<br>Girard Sharp LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>415.981.4800<br>Email: apolk@girardsharp.com<br>Email: mcox@girardsharp.com<br>Email: tomw@girardsharp.com |
| Haddix, Edward | Harry Deitzler<br>James C. Peterson<br>Hill, Peterson, Carper, Bee & Deitzler PPLC<br>Northgate Business Park<br>500 Tracy Way<br>Charleston, WV 25311<br>800.822.5667<br>Fax: 304.345.1519<br>Email: HGDeitzler@hpcbd.com<br>Email: JCPeterson@hpcbd.com<br><br>Anthony J. Majestro<br>Powell & Majestro PLLC<br>405 Capitol Street, Suite P-1200<br>Charleston, WV 25301<br>304.346.2889<br>Fax: 304.346.2895<br>Email: amajestro@powellmajestro.com<br><br>Caleb A. Seeley<br>Christopher A. Seeger<br>David  R. Buchanan<br>Humaira Safdar<br>Seeger Weiss LLP<br>55 Challenger Road<br>Ridgefield Park, NJ 07660<br>973.639.9100<br>Email: cseeley@seegerweiss.com<br>Email: cseeger@seegerweiss.com<br>Email: dbuchanan@seegerweiss.com<br>Email: hsafdar@seegerweiss.com |

## SERVICE LIST

| Plaintiff(s): | Counsel for Plaintiff(s): |
|---|---|
| Hancock, Kimberly M | John M. Deakle<br>Ronald V. Johnson<br>Russell L. Johnson<br>Deakle-Johnson Law Firm PLLC<br>802 N. Main Street, P.O. Box 2072<br>Hattiesburg, MS 39403<br>601.544.0631<br>Fax: 601.544.0699<br>Email: jmd@deaklelawfirm.com<br>Email: rvjohnson@djlawms.com<br>Email: rljohnson@djlawms.com<br><br>Andrea Barient<br>Patrick W. Pendley<br>Pendley, Baudin & Coffin<br>24110 Eden Street, P.O. Drawer 71<br>Plaquemine, LA 70765<br>888.725.2477<br>Fax: 225.687.6398<br>Email: abarient@pbclawfirm.com<br>Email: pwpendley@pbclawfirm.com |
| Hebert, Thomas N | John M. Deakle<br>Ronald V. Johnson<br>Russell L. Johnson<br>Deakle-Johnson Law Firm PLLC<br>802 N. Main Street, P.O. Box 2072<br>Hattiesburg, MS 39403<br>601.544.0631<br>Fax: 601.544.0699<br>Email: jmd@deaklelawfirm.com<br>Email: rvjohnson@djlawms.com<br>Email: rljohnson@djlawms.com<br><br>Andrea Barient<br>Patrick W. Pendley<br>Pendley, Baudin & Coffin<br>24110 Eden Street, P.O. Drawer 71<br>Plaquemine, LA 70765<br>888.725.2477<br>Fax: 225.687.6398<br>Email: abarient@pbclawfirm.com<br>Email: pwpendley@pbclawfirm.com |
| Hecht, Alan and Jackie | Kristina Anderson<br>Hensley Legal Group, PC<br>117 East Washington Street, Ste 200<br>Indianapolis, IN  46204<br>317.472.333<br>Fax: 317.472.3340<br>kanderson@hensleylegal.com |

## SERVICE LIST

| Plaintiff(s): | Counsel for Plaintiff(s): |
|---|---|
| Heilman, Elizabeth | Alex Kashurba<br>Beena McDonald<br>Benjamin Johns<br>Steven Schwartz<br>Chimicles, Schwartz, Kriner & Donaldson-Smith LLP<br>361 West Lancaster Avenue<br>Haverford, PA 19041<br>610.642.8500<br>Email: amk@chimicles.com<br>Email: bmm@chimicles.com<br>Email: bfj@chimicles.com<br>Email: sas@chimicles.com |
| Heller, Frederick | Andy Birchfield, Jr<br>Frederick Darley, III<br>Joseph VanZandt<br>Kendall Dunson<br>Beasley, Allen, Crow, Methvin, Portis & Miles PC<br>234 Commerce Street<br>Montgomery, AL 36103<br>334.269.2343<br>Email: Andy.Birchfield@BeasleyAllen.com<br>Email: Beau.Darley@BeasleyAllen.com<br>Email: Joseph.VanZandt@BeasleyAllen.com<br>Email: Kendall.Dunson@BeasleyAllen.com |
| Henry, William S | Arnold Levin<br>Frederick S. Longer<br>Laurence S. Berman<br>Sandra L. Duggan<br>Levin Sedran Berman LLP<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>215.592.1500<br>Fax: 215.592.4663<br>Email: alevin@lfsblaw.com<br>Email: flonger@lfsblaw.com<br>Email: lberman@lfsblaw.com<br>Email: sduggan@lfsblaw.com |

## SERVICE LIST

| Plaintiff(s): | Counsel for Plaintiff(s): |
|---|---|
| Hill, Joseph | John M. Deakle<br>Ronald V. Johnson<br>Russell L. Johnson<br>Deakle-Johnson Law Firm PLLC<br>802 N. Main Street, P.O. Box 2072<br>Hattiesburg, MS 39403<br>601.544.0631<br>Fax: 601.544.0699<br>Email: jmd@deaklelawfirm.com<br>Email: rvjohnson@djlawms.com<br>Email: rljohnson@djlawms.com<br><br>Andrea Barient<br>Patrick W. Pendley<br>Pendley, Baudin & Coffin<br>24110 Eden Street, P.O. Drawer 71<br>Plaquemine, LA 70765<br>888.725.2477<br>Fax: 225.687.6398<br>Email: abarient@pbclawfirm.com<br>Email: pwpendley@pbclawfirm.com<br><br>David E. Miller<br>Saeed & Little LLP<br>133 West Market Street, Suite 189<br>Indianapolis, IN 46204<br>Email: david@sllawfirm.com |
| Hogan, Claudia | Cathy M. Roe<br>Jessica L. Becerra<br>Kristy M. Arevalo<br>McCune Wright Arevalo LLP<br>3281 East Guasti Road, Suite 100<br>Ontario, CA 91761<br>kma@mccunewright.com<br>909.557.1250<br>Fax: 909.557.1275 |
| Holmes, Angela | Jeffrey M. Kuntz<br>Wagstaff & Cartmell LLP<br>4740 Grand, Suite 300<br>Kansas City, MO 64112<br>816.701.1100<br>Fax: 816.531.2372<br>Email: jkuntz@wcllp.com |
| Hood-Penderghest, Tiffany | Simone Bahne Paris<br>Saltz, Mongeluzzi, Barrett & Bendesky, PC<br>One Liberty Place<br>1650 Market Streeet<br>Philadelphia, PA  19103 |

## SERVICE LIST

| Plaintiff(s): | Counsel for Plaintiff(s): |
|---|---|
| Hufnus, Matthew | Joseph P. Guglielmo<br>Scott + Scott, Attorneys at Law, LLP<br>The Helmsley Building<br>230 Park Avenue, Floor 17th<br>New York, NY 10169<br>212.223.6444<br>Email: jguglielmo@scott-scott.com<br><br>Sean K. McElligott<br>Silver, Golub & Teitell LLP<br>184 Atlantic Street<br>Stamford, CT 06901<br>203.325.4491<br>Fax: 203.825.3769<br>Email: smcelligott@sgtlaw.com |
| Hunter-Blank, Larry | Rex A. Sharp<br>Ruth Anne French-Hodson<br>Sharp Law LLP<br>4820 W. 75th Street<br>Prairie Village, KS 66208<br>913.901.0505<br>Fax: 913.901.0419<br>Email: rsharp@midwest-law.com<br>Email: rafrenchhodson@midwest-law.com |
| Hurth, William | Cathy M. Roe<br>Jessica L. Becerra<br>Kristy M. Arevalo<br>McCune Wright Arevalo LLP<br>3281 East Guasti Road, Suite 100<br>Ontario, CA 91761<br>kma@mccunewright.com<br>909.557.1250<br>Fax: 909.557.1275 |
| Jaen, Edi | Kristy Arevalo<br>McCune Wright Arevalo LLP<br>3281 East Guasti Road, Suite 100<br>Ontario, CA  91761<br>kma@mccunewright.com |

## SERVICE LIST

| Plaintiff(s): | Counsel for Plaintiff(s): |
|---|---|
| James, George | John M. Deakle<br>Ronald V. Johnson<br>Russell L. Johnson<br>Deakle-Johnson Law Firm PLLC<br>802 N. Main Street, P.O. Box 2072<br>Hattiesburg, MS 39403<br>601.544.0631<br>Fax: 601.544.0699<br>Email: jmd@deaklelawfirm.com<br>Email: rvjohnson@djlawms.com<br>Email: rljohnson@djlawms.com<br><br>Michael J. Fleming<br>Kapke & Willerth LLC<br>3304 NE Ralph Powell Road<br>Lee's Summit, MO 64064<br>816.461.3800<br>Fax: 816.254.8014<br>Email: mike@kapkewillerth.com<br><br>Andrea Barient<br>Patrick W. Pendley<br>Pendley, Baudin & Coffin<br>24110 Eden Street, P.O. Drawer 71<br>Plaquemine, LA 70765<br>888.725.2477<br>Fax: 225.687.6398<br>Email: abarient@pbclawfirm.com<br>Email: pwpendley@pbclawfirm.com |
| Jaquette, Jason | Cathy M. Roe<br>Jessica L. Becerra<br>Kristy M. Arevalo<br>McCune Wright Arevalo LLP<br>3281 East Guasti Road, Suite 100<br>Ontario, CA 91761<br>kma@mccunewright.com<br>909.557.1250<br>Fax: 909.557.1275 |

## SERVICE LIST

| Plaintiff(s): | Counsel for Plaintiff(s): |
|---|---|
| Jones, Jonathan | Alex Kashurba<br>Benjamin Johns<br>Steven Schwartz<br>Chimicles, Schwartz, Kriner & Donaldson-Smith LLP<br>361 West Lancaster Avenue<br>Haverford, PA 19041<br>610.642.8500<br>Email: amk@chimicles.com<br>Email: bfj@chimicles.com<br>Email: sas@chimicles.com<br><br>Taylor Bartlett<br>W. Lewis Garrison, Jr<br>Heninger Garrison Davis LLC<br>2224 1st Avenue North<br>Birmingham, AL 35203<br>205.326.3336<br>Fax: 205.326.3332<br>Email: taylor@hgdlawfirm.com<br>Email: lewis@hgdlawfirm.com |
| King, Michael Ray | Jeffrey M. Kuntz<br>Wagstaff & Cartmell LLP<br>4740 Grand, Suite 300<br>Kansas City, MO 64112<br>816.701.1100<br>Fax: 816.531.2372<br>Email: jkuntz@wcllp.com |
| Kipnis, Steven | Cathy M. Roe<br>Jessica L. Becerra<br>Kristy M. Arevalo<br>McCune Wright Arevalo LLP<br>3281 East Guasti Road, Suite 100<br>Ontario, CA 91761<br>kma@mccunewright.com<br>909.557.1250<br>Fax: 909.557.1275 |
| Kolodin, Scott R | Jeff P. Shiver<br>Kyle G.A. Wallace<br>Shiver Hamilton LLC<br>3490 Piedmont Road, Suite 640<br>Atlanta, GA 30305<br>404.593.0020<br>Fax: 888.501.9536<br>Email: jeff@shiverhamilton.com<br>Email: kwallace@shiverhamilton.com |
| Landers, Steve Sr | Thomas Thrash<br>Will Crowder<br>Thrash Law Firm PA<br>1101 Garland Street<br>Little Rock, AR 72201<br>501.374.1058<br>Fax: 501.374.2222<br>Email: tomthrash@thrashlawfirmpa.com<br>Email: willcrowder@thrashlawfirmpa.com |

## SERVICE LIST

| Plaintiff(s): | Counsel for Plaintiff(s): |
|---|---|
| Lawson, Quivandra | Kristy Arevalo<br>McCune Wright Arevalo LLP<br>3281 East Guasti Road, Suite 100<br>Ontario, CA  91761<br>kma@mccunewright.com |
| Lowry, Judy | Edward B. Mulligan, V<br>Gregory L. Laker<br>Jonathan A. Knoll<br>Cohen & Malad LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, IN 46204<br>317.636.6481<br>Email: nmulligan@cohenandmalad.com<br>Email: jlaker@cohenandmalad.com<br>Email: jknoll@cohenandmalad.com |
| Mack, John and Jeannette Mack | Walter Kelley<br>Bernheim Kelley Battista Bliss LLC<br>4 Court Street<br>Plymouth, MA 02360<br>617.420.1111<br>Email: wkelley@realjustice.com |
| Manna, Nick | Sean K. McElligott<br>Silver, Golub & Teitell LLP<br>184 Atlantic Street<br>Stamford, CT 06901<br>203.325.4491<br>Fax: 203.825.3769<br>Email: smcelligott@sgtlaw.com |
| Martin, David | Howard T. Longman<br>Longman Law PC<br>354 Eisenhower Parkway, Suite 1800<br>Livingston, NJ 07039<br>973-994-2315<br>Fax: 973-994-2319<br>Email: Hlongman@longman.law<br><br>Adam M. Stewart<br>Edward F. Haber<br>Shapiro, Haber & Urmy LLP<br>Seaport East<br>Two Seaport Lane<br>Boston, MA 02210<br>617.439.3939<br>Email: astewart@shulaw.com<br>Email: ehaber@shulaw.com |

### SERVICE LIST

| Plaintiff(s): | Counsel for Plaintiff(s): |
|---|---|
| Maston-Meadows, Rhonda | Edwin J. Kipela<br>Elizabeth Pollock-Avery<br>Gary F. Lynch<br>Carlson Lynch LLP<br>1133 Penn Avenue, Floor 5th<br>Pittsburgh, PA 15222<br>412.322.9243<br>Email: ekilpela@carlsonlynch.com<br>Email: eavery@carlsonlynch.com<br>Email: glynch@carlsonlynch.com |
| McGuire, Bartholomew S. | Blake Abbott<br>Eric Poulin<br>Jarrett Withrow<br>Roy Willey, IV<br>Anastopoulo Law Firm LLC<br>32 Ann Street<br>Charleston, SC 29403<br>843.614.8888<br>Email: blake@akimlawfirm.com<br>Email: eric@akimlawfirm.com<br>Email: jarrett@akimlawfirm.com<br>Email: roy@akimlawfirm.com<br><br>David Pastor<br>Pastor Law Office LLP<br>63 Atlantic Avenue, Floor 3rd<br>Boston, MA 02110<br>617.742.9700<br>Fax: 617.742.9701<br>Email: dpastor@pastorlawoffice.com |
| McKinney, Juilette | Anthony P. Mastroianni<br>Harrison M Biggs<br>Jerrold Parker<br>Raymond Silverman<br>Yevgeniy Toyberman<br>Parker Waichman LLP<br>6 Harbor Park Drive<br>Port Washington, NY 11050<br>516.466.6500<br>Fax: 516.466.6665<br>Email: amastroianni@yourlawyer.com<br>Email: hbiggs@yourlawyer.com<br>Email: jerry@yourlawyer.com<br>Email: rsilverman@yourlawyer.com<br>Email: etoyberman@yourlawyer.com |
| Means, Clarence Dale | Rebecca  A. Peterson<br>Robert K. Shelquist<br>Lockridge Grindal Nauen PLLP<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>612.339.6900<br>Fax: 612.339.0981<br>Email: rapeterson@locklaw.com<br>Email: rkshelquist@locklaw.com |

### SERVICE LIST

| Plaintiff(s): | Counsel for Plaintiff(s): |
|---|---|
| Mercure, John | Jeff P. Shiver<br>Kyle G.A. Wallace<br>Shiver Hamilton LLC<br>3490 Piedmont Road, Suite 640<br>Atlanta, GA 30305<br>404.593.0020<br>Fax: 888.501.9536<br>Email: jeff@shiverhamilton.com<br>Email: kwallace@shiverhamilton.com |
| Miller, Brad | Robert Klonoff<br>Klonoff Law Firm<br>2425 S.W. 76th Avenue<br>Portland, OR 97225<br>503.702.0218<br>Fax: 503.768.6671<br><br>David S. Stellings<br>Gabriel Panek<br>Katherine McBride<br>Lieff, Cabraser, Heimann & Bernstein LLP<br>250 Hudson Street, Floor 8th<br>New York, NY 10013<br>212.355.9500<br>Fax: 212.355.9592 |
| Minder, Sean | Alex Outwater<br>Erin G. Comite<br>Joseph P. Guglielmo<br>Scott + Scott, Attorneys at Law, LLP<br>The Helmsley Building<br>230 Park Avenue, Floor 17th<br>New York, NY 10169<br>212.223.6444<br>Email: aoutwater@scott-scott.com<br>Email: ecomite@scott-scott.com<br>Email: jguglielmo@scott-scott.com<br><br>David S. Golub<br>Ian W. Sloss<br>Sean K. McElligott<br>Steven L. Bloch<br>Silver, Golub & Teitell LLP<br>184 Atlantic Street<br>Stamford, CT 06901<br>203.325.4491<br>Fax: 203.825.3769<br>Email: dgolub@sgtlaw.com<br>Email: isloss@sgtlaw.com<br>Email: smcelligott@sgtlaw.com<br>Email: sbloch@sgtlaw.com |

**SERVICE LIST**

| Plaintiff(s): | Counsel for Plaintiff(s): |
|---|---|
| Mitrovich, Lisa | David Birka-White<br>Birka-White Law Offices<br>178 East Prospect Avenue<br>Danville, CA 94526<br>925.362.9999<br>Email: dbw@birka-white.com<br><br>Geoffrey Norton<br>Norton & Melnik<br>20920 Warner Center Lane, Suite B<br>Woodland Hills, CA 91367<br>818.999.9500<br>Fax: 818.999.9155<br>Email: gnorton@nortonmelnik.com |
| Moore, Ellen | John M. Deakle<br>Ronald V. Johnson<br>Russell L. Johnson<br>Deakle-Johnson Law Firm PLLC<br>802 N. Main Street, P.O. Box 2072<br>Hattiesburg, MS 39403<br>601.544.0631<br>Fax: 601.544.0699<br>Email: jmd@deaklelawfirm.com<br>Email: rvjohnson@djlawms.com<br>Email: rljohnson@djlawms.com<br><br>Gordon Ball<br>Gordon Ball PLLC<br>3728 West End Avenue<br>Nashville, TN 37205<br>865.525.7028<br>Fax: 865.809.4370<br>Email: gball@gordonball.com<br><br>Andrea Barient<br>Patrick W. Pendley<br>Pendley, Baudin & Coffin<br>24110 Eden Street, P.O. Drawer 71<br>Plaquemine, LA 70765<br>888.725.2477<br>Fax: 225.687.6398<br>Email: abarient@pbclawfirm.com<br>Email: pwpendley@pbclawfirm.com |

**SERVICE LIST**

| Plaintiff(s): | Counsel for Plaintiff(s): |
|---|---|
| Murray, Edwin | George F. Carpinello<br>Boies Schiller Flexner LLP<br>30 South Pearl Street, Floor 11th<br>Albany, NY 12207<br>518.434.0600<br>Fax: 518.434.0665<br>Email: gcarpinello@bsfllp.com<br><br>David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914.749.8200<br>Email: dboies@bsfllp.com<br><br>John F. Dew<br>Cohen, Kinne, Valicenti & Cook LLP<br>28 North Street, Floor 3rd<br>Pittsfield, MA 01201<br>413.443.9399<br>Email: jdew@cohenkinne.com<br><br>Raina C. Borrelli<br>Samuel J. Strauss<br>Turke & Strauss LLP<br>613 Williamson Street, Suite 201<br>Madison, WI 53703<br>608.237.1775<br>Email: raina@turkestrauss.com<br>Email: sam@turkestrauss.com |
| Nelson, Loerene | Paola Pearson<br>Anapol Weiss<br>One Logan Square 130 N. 18th Street, Suite 1600<br>Philadelphia, PA 19103<br>866.930.2217<br>Email: ppearson@anapolweiss.com<br><br>Brendan McDonough<br>Weitz & Luxenberg PC<br>220 Lake Drive East, Suite 210<br>Cherry Hill, NJ 08002<br>856.755.1115<br>Fax: 856.755.1995 |

## SERVICE LIST

| Plaintiff(s): | Counsel for Plaintiff(s): |
|---|---|
| Norman, James H | Robert T. Homlar<br>Robert T. Homlar PC<br>601 North Belair Square, Suite 14<br>Evans, GA 30809<br>706.831.0859<br>Fax: 706.432.1722<br>Email: robert@homlarlaw.com<br><br>Jeff P. Shiver<br>Kyle G.A. Wallace<br>Shiver Hamilton LLC<br>3490 Piedmont Road, Suite 640<br>Atlanta, GA 30305<br>404.593.0020<br>Fax: 888.501.9536<br>Email: jeff@shiverhamilton.com<br>Email: kwallace@shiverhamilton.com |
| Oldigs, Carlos | Daryl Andrews<br>Glen DeValerio<br>Andrews DeValerio LLP<br>P.O. Box 67101<br>Chestnut Hill, MA 02467<br>617.936.2796<br>Email: daryl@andrewsdevalerio.com<br>Email: glen@andrewsdevalerio.com<br><br>Peretz Bronstein<br>Bronstein, Gewirtz & Grossman LLC<br>60 East 42nd Street, Suite 4600<br>New York, NY 10165<br>212.697.6484<br>Fax: 212.697.7296<br>Email: peretz@bgandg.com<br><br>Ari Basser<br>Jordan Lurie<br>Pomerantz LLP<br>1100 Glendon Avenue, Floor 15th<br>Los Angeles, CA 90024<br>310.432.8492<br>Email: abasser@pomlaw.com<br>Email: jllurie@pomlaw.com |
| Ortego, Mary | Lindsey A. Cheek<br>Jeanne Arceneaux<br>Cheek Law Firm<br>650 Poydras Street, Ste 2310<br>New Orleans, LA  70130<br>lcheek@thecheeklawfirm.com<br>jarceneaux@thecheeklawfirm.com |

## SERVICE LIST

| Plaintiff(s): | Counsel for Plaintiff(s): |
|---|---|
| Osman, Daniel | Lindsey Grossman<br>Michael Criden<br>Criden & Love PA<br>7301 Southwest 57th Court, Suite 515<br>South Miami, FL 33143<br>305.357.9000<br>Fax: 305.357.9050<br><br>Kimberly Dougherty<br>Justice Law Collaborative LLC<br>19 Belmont Street<br>South Easton, MA 02375<br>508.230.2700<br>Fax: 385.278.0287<br><br>David S. Stellings<br>Gabriel Panek<br>Lieff, Cabraser, Heimann & Bernstein LLP<br>250 Hudson Street, Floor 8th<br>New York, NY 10013<br>212.355.9500<br>Fax: 212.355.9592<br><br>E. Powell Miller<br>Miller Law PC<br>950 West University Drive, Suite 300<br>Rochester, MI 48307<br>248.843.0775<br>Fax: 248.652.2852 |
| Parker, Curtis | James C. Peterson<br>Hill, Peterson, Carper, Bee & Deitzler PPLC<br>Northgate Business Park<br>500 Tracy Way<br>Charleston, WV 25311<br>800.822.5667<br>Fax: 304.345.1519<br>Email: JCPeterson@hpcbd.com<br><br>Winston Troy Bouk<br>Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey PA<br>316 South Baylen Street, Suite 600<br>Pensacola, FL 32502<br>850.435.7000<br>Email: tbouk@levinlaw.com |

### SERVICE LIST

| Plaintiff(s): | Counsel for Plaintiff(s): |
|---|---|
| Peebles, Robert | James Rosemergy<br>Carey, Danis & Lowe<br>8235 Forsyth, Suite 1100<br>Saint Louis, MO 63105<br>314.725.7700<br>Fax: 314.721.0905<br>Email: jrosemergy@careydanis.com<br><br>Alex Kashurba<br>Benjamin Johns<br>Steven Schwartz<br>Chimicles, Schwartz, Kriner & Donaldson-Smith LLP<br>361 West Lancaster Avenue<br>Haverford, PA 19041<br>610.642.8500<br>Email: amk@chimicles.com<br>Email: bfj@chimicles.com<br>Email: sas@chimicles.com |
| Petersen, Charles | Jacob P Berman<br>Marin D McLean<br>Steve W Berman<br>Hagens Berman Sobol Shapiro LLP<br>1301 Second Avenue, Suite 200<br>Seattle, WA 98101<br>203.623.7292<br>Fax: 203.623.0594<br>Email: jakeb@hbsslaw.com<br>Email: martym@hbsslaw.com<br>Email: steve@hbsslaw.com<br><br>Hannah W. Brennan<br>Hagens Berman Sobol Shapiro LLP<br>55 Cambridge Parkway, Suite 301<br>Cambridge, MA 02142<br>617.482.3700<br>Fax: 617.482.3003<br>Email: hannahb@hbsslaw.com<br><br>Jessica J Pritchett<br>Marion M Reilly<br>Robert C Hilliard<br>Hilliard Martinez Gonzales LLP<br>719 S. Shoreline Blvd<br>Corpus Christi, TX 78401<br>361.882.1612<br>Fax: 361.882.3015<br>Email: jpritchett@hmglawfirm.com<br>Email: marion@hmglawfirm.com<br>Email: bobh@hmglawfirm.com |

### SERVICE LIST

| Plaintiff(s): | Counsel for Plaintiff(s): |
|---|---|
| Polidore Jr., Lionel | Betsy Barnes<br>Paul H. Villalobos<br>Richard L. Root<br>Morris Bart LLC<br>601 Poydras Street, Floor 24th<br>New Orleans, LA 70130<br>504.525.8000<br>Fax: 833.277.4214<br>Email: bbarnes@morrisbart.com<br>Email: pvillalobos@morrisbart.com<br>Email: rroot@morrisbart.com |
| Powell, David Sr | Ashley B. DiLiberto<br>Joseph L. Messa, Jr<br>Messa & Associates<br>123 South 22nd Street<br>Philadelphia, PA 19103<br>215.568.3500<br>Fax: 215.568.3501<br>Email: adiliberto@messalaw.com<br>Email: jmessa@messalaw.com |
| Powell, Justin L. | J. Shane Hudson<br>Hudson Injury Firm<br>615 N. Virginia Avenue, Suite A<br>Tifton, GA 31793<br>229-396-5845<br>Email: jshudson@hudsoninjuryfirm.com<br><br>Patrick Wallace<br>Milberg Coleman Bryson Phillips Grossman PLLC<br>900 West Morgan Street<br>Raleigh, NC 27603<br>919.600.5000<br><br>Jeff P. Shiver<br>Shiver Hamilton LLC<br>3490 Piedmont Road, Suite 640<br>Atlanta, GA 30305<br>404.593.0020<br>Fax: 888.501.9536<br>Email: jeff@shiverhamilton.com |
| Ramirez, Diana | Blake Yagman<br>Mitchell Breit<br>Randi Kassan<br>Milberg Coleman Bryson Phillips Grossman PLLC<br>100 Garden City, Suite 500<br>Garden City, NY 11530<br>516.741.5600<br><br>Daniel Bryson<br>Patrick Wallace<br>Milberg Coleman Bryson Phillips Grossman PLLC<br>900 West Morgan Street<br>Raleigh, NC 27603<br>919.600.5000 |

## SERVICE LIST

| Plaintiff(s): | Counsel for Plaintiff(s): |
|---|---|
| Rogers, Robert | J. Shane Hudson<br>Hudson Injury Firm<br>615 N. Virginia Avenue, Suite A<br>Tifton, GA 31793<br>229-396-5845<br>Email: jshudson@hudsoninjuryfirm.com<br><br>Jeff P. Shiver<br>Kyle G.A. Wallace<br>Shiver Hamilton LLC<br>3490 Piedmont Road, Suite 640<br>Atlanta, GA 30305<br>404.593.0020<br>Fax: 888.501.9536<br>Email: jeff@shiverhamilton.com<br>Email: kwallace@shiverhamilton.com |
| Rosner, Theresa | Ellen Relkin<br>Weitz & Luxenberg PC<br>220 Lake Drive East, Suite 210<br>Cherry Hill, NJ 08002<br>856.755.1115<br>Fax: 856.755.1995<br>Email: erelkin@weitzlux.com |
| Rucker, Donald S | R. Scott Long<br>Henderson & Long PLLC<br>214 Capitol Street<br>Charleston, WV 25301<br>304.346.5500<br>Fax: 304.346.5515<br><br>Jeff P. Shiver<br>Kyle G.A. Wallace<br>Shiver Hamilton LLC<br>3490 Piedmont Road, Suite 640<br>Atlanta, GA 30305<br>404.593.0020<br>Fax: 888.501.9536<br>Email: jeff@shiverhamilton.com<br>Email: kwallace@shiverhamilton.com |
| Saunders, Michael Paul | Margaret E. Foley<br>Downs, McDonough, Cowan & Foley LLC<br>2051 Main Avenue<br>Durango, CO 81301-4645<br>970.247.8020<br>Fax: 970-247.8877<br>Email: meg@swcolaw.com |
| Savage, Darroll | Joseph L. Messa, Jr<br>Messa & Associates<br>123 South 22nd Street<br>Philadelphia, PA 19103<br>215.568.3500<br>Fax: 215.568.3501<br>Email: jmessa@messalaw.com |

## SERVICE LIST

| Plaintiff(s): | Counsel for Plaintiff(s): |
|---|---|
| Scheibel, Robert | John M. Deakle<br>Ronald V. Johnson<br>Russell L. Johnson<br>Deakle-Johnson Law Firm PLLC<br>802 N. Main Street, P.O. Box 2072<br>Hattiesburg, MS 39403<br>601.544.0631<br>Fax: 601.544.0699<br>Email: jmd@deaklelawfirm.com<br>Email: rvjohnson@djlawms.com<br>Email: rljohnson@djlawms.com<br><br>Andrea Barient<br>Patrick W. Pendley<br>Pendley, Baudin & Coffin<br>24110 Eden Street, P.O. Drawer 71<br>Plaquemine, LA 70765<br>888.725.2477<br>Fax: 225.687.6398<br>Email: abarient@pbclawfirm.com<br>Email: pwpendley@pbclawfirm.com<br><br>Rex A. Sharp<br>Ruth Anne French-Hodson<br>Sharp Law LLP<br>4820 W. 75th Street<br>Prairie Village, KS 66208<br>913.901.0505<br>Fax: 913.901.0419<br>Email: rsharp@midwest-law.com<br>Email: rafrenchhodson@midwest-law.com |
| Schuckit, Robert | Elizabeth Ryan<br>John Roddy<br>Bailey & Glasser LLP<br>176 Federal Street, Floor 5th<br>Boston, MA 02110<br>617.439.6730<br>Email: eryan@baileyglasser.com<br>Email: jroddy@baileyglasser.com<br><br>Irwin Levin<br>Natalie Lyons<br>Richard Shevitz<br>Cohen & Malad LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, IN 46204<br>317.636.6481<br>Email: ilevin@cohenandmalad.com<br>Email: nlyons@cohenandmalad.com<br>Email: rshevitz@cohenandmalad.com |

**SERVICE LIST**

| Plaintiff(s): | Counsel for Plaintiff(s): |
|---|---|
| Serna-Delgado, Josie | Cathy M. Roe<br>Jessica L. Becerra<br>Kristy M. Arevalo<br>McCune Wright Arevalo LLP<br>3281 East Guasti Road, Suite 100<br>Ontario, CA 91761<br>kma@mccunewright.com<br>909.557.1250<br>Fax: 909.557.1275 |
| Shelton, Gerry | E. Michelle Drake<br>John Albanese<br>Berger Montague PC<br>1229 Tyler Street Northeast, Suite 205<br>Minneapolis, MN 55413<br>612.594.5999<br>Fax: 612.584.4470<br>Email: emdrake@bm.net<br>Email: jalbanese@bm.net<br><br>Dena Young<br>John Quinn Kerrigan<br>Shanon J. Carson<br>Berger Montague PC<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>215.875.3000<br>Fax: 215.857.4604<br>Email: dyoung@bm.net<br>Email: jkerrigan@bm.net<br>Email: scarson@bm.net<br><br>Jason M. Leviton<br>Block & Leviton LLP<br>260 Franklin Street, Suite 1860<br>Boston, MA 02110<br>617.398.5600<br>Fax: 617.507.6020<br>Email: jason@blockleviton.com |
| Shrack, Thomas | R. Joseph Hrubiec<br>Napoli Shkolnik PLLC<br>919 North Market Street, Suite 1801<br>Wilmington, DE 19801<br>302.330.8025<br>Email: rhrubiec@Napolilaw.com |

SERVICE LIST

| Plaintiff(s): | Counsel for Plaintiff(s): |
|---|---|
| Sizemore, Richard | J. Shane Hudson<br>Hudson Injury Firm<br>615 N. Virginia Avenue, Suite A<br>Tifton, GA 31793<br>229-396-5845<br>Email: jshudson@hudsoninjuryfirm.com<br><br>Jeff P. Shiver<br>Kyle G.A. Wallace<br>Shiver Hamilton LLC<br>3490 Piedmont Road, Suite 640<br>Atlanta, GA 30305<br>404.593.0020<br>Fax: 888.501.9536<br>Email: jeff@shiverhamilton.com<br>Email: kwallace@shiverhamilton.com |
| Snyder, Sandie | Benjamin J. Sweet<br>Joel M. Walker<br>Nye, Stirling, Hale & Miller LLP<br>1145 Bower Hill Road, Suite 104<br>Pittsburgh, PA 15243<br>412.857.5350<br>Email: ben@nshmlaw.com<br>Email: jmwalker@nshmlaw.com<br><br>Peter St. Tienne Wolff<br>William Pietragallo<br>Pietragallo, Gordon, Alfano, Bosick & Raspanti LLP<br>One Oxford Centre, Floor 38<br>Pittsburgh, PA 15219<br>412.263.2000<br>Fax: 412.263.2001<br>Email: psw@pietragallo.com<br>Email: wp@pietragallo.com |
| Stewart, Stephen | Dawn M. Barrios<br>Emma Kingsdorf Schwab<br>Barrios, Kingsdorf & Casteix LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>504.524.3300<br>Fax: 504.524.3313<br>Email: barrios@bkc-law.com<br>Email: eschwab@bkc-law.com<br><br>Charles King<br>Joseph Cain<br>Stephen Herman<br>Herman, Herman & Katz LLC<br>820 O'Keefe Avenue<br>New Orleans, LA 70113<br>504.581.4892<br>Fax: 504.541.6024<br>Email: cking@hhklawfirm.com<br>Email: jcain@hhklawfirm.com<br>Email: sherman@hhklawfirm.com |

## SERVICE LIST

| Plaintiff(s): | Counsel for Plaintiff(s): |
|---|---|
| Summer, Robert | Jubal L. Hamil<br>Deakle, Sholtis & Hamil, LLC<br>P.O. Box 1031<br>Mobile, AL  1031<br>jhamil@dshfirm.com |
| Swann, Jeffrey | Walter Kelley<br>Bernheim Kelley Battista Bliss LLC<br>4 Court Street<br>Plymouth, MA 02360<br>617.420.1111<br>Email: wkelley@realjustice.com<br><br>Virginia Buchanan<br>Winston Troy Bouk<br>Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey PA<br>316 South Baylen Street, Suite 600<br>Pensacola, FL 32502<br>850.435.7000<br>Email: vbuchanan@levinlaw.com<br>Email: tbouk@levinlaw.com |
| Talley Sr., Eric | Alyson Oliver<br>Kresch Oliver PLLC<br>1647 W. Big Beaver Rd.<br>Troy, MI  48084-5380<br>Email: notifications@oliverlg.com |
| Thomas M.D., Marty | John M. Deakle<br>Ronald V. Johnson<br>Russell L. Johnson<br>Deakle-Johnson Law Firm PLLC<br>802 N. Main Street, P.O. Box 2072<br>Hattiesburg, MS 39403<br>601.544.0631<br>Fax: 601.544.0699<br>Email: jmd@deaklelawfirm.com<br>Email: rvjohnson@djlawms.com<br>Email: rljohnson@djlawms.com<br><br>Andrea Barient<br>Patrick W. Pendley<br>Pendley, Baudin & Coffin<br>24110 Eden Street, P.O. Drawer 71<br>Plaquemine, LA 70765<br>888.725.2477<br>Fax: 225.687.6398<br>Email: abarient@pbclawfirm.com<br>Email: pwpendley@pbclawfirm.com<br><br>Rex A. Sharp<br>Ruth Anne French-Hodson<br>Sharp Law LLP<br>4820 W. 75th Street<br>Prairie Village, KS 66208<br>913.901.0505<br>Fax: 913.901.0419<br>Email: rsharp@midwest-law.com<br>Email: rafrenchhodson@midwest-law.com |

### SERVICE LIST

| Plaintiff(s): | Counsel for Plaintiff(s): |
|---|---|
| Thomas, Raoul Rodolfo | Anthony Irpino<br>Pearl Robertson<br>Irpino Avin Hawkins<br>2216 Magazine Street<br>New Orleans, LA 70130<br>504.525.1500<br>Fax: 504.525.1501<br>Email: airpino@irpinolaw.com<br>Email: probertson@irpinolaw.com<br><br>Arnold Levin<br>Frederick S. Longer<br>Laurence S. Berman<br>Sandra L. Duggan<br>Levin Sedran Berman LLP<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>215.592.1500<br>Fax: 215.592.4663<br>Email: alevin@lfsblaw.com<br>Email: flonger@lfsblaw.com<br>Email: lberman@lfsblaw.com<br>Email: sduggan@lfsblaw.com |
| Tobin, Michael | Jessica J Pritchett<br>Marion M Reilly<br>Robert C Hilliard<br>Hilliard Martinez Gonzales LLP<br>719 S. Shoreline Blvd<br>Corpus Christi, TX 78401<br>361.882.1612<br>Fax: 361.882.3015<br>Email: jpritchett@hmglawfirm.com<br>Email: marion@hmglawfirm.com<br>Email: bobh@hmglawfirm.com |
| Van Horn, Steve | Jeffrey  A. Breit<br>Justin M. Sheldon<br>Kevin Biniazan<br>Breit Cantor Grana Buckner PLLC<br>600 22nd Street, Suite 402<br>Virginia Beach, VA 23451<br>757.670.3888<br>Fax: 757.670.3989<br>Email: jeffrey@breitcantor.com<br>Email: jsheldon@breitcantor.com<br>Email: kbiniazan@breitcantor.com |
| Walker, Barbara | Walter Kelley<br>Bernheim Kelley Battista Bliss LLC<br>4 Court Street<br>Plymouth, MA 02360<br>617.420.1111<br>Email: wkelley@realjustice.com |

### SERVICE LIST

| Plaintiff(s): | Counsel for Plaintiff(s): |
|---|---|
| Walker, Michael | Catherine Hilton<br>Ron A. Austin<br>Ron Austin Law LLC<br>400 Manhattan Boulevard<br>Harvey, LA 70058<br>504.227.8100<br>Fax: 504.227.8122<br>Email: chilton@ronaustinlaw.com<br>Email: raustin@ronaustinlaw.com |
| Walker, Philip and Linda Walker | Harry B. White<br>W. Anthony Moss<br>White & Choate Attorneys, LLC<br>100 West Cherokee Avenue<br>Cartersville, GA  30120<br>hwhite@wcattorneys.com<br>tmoss@wcattorneys.com |
| Walters, Joseph | Edwin J. Kipela<br>Elizabeth Pollock-Avery<br>Gary F. Lynch<br>Carlson Lynch LLP<br>1133 Penn Avenue, Floor 5th<br>Pittsburgh, PA 15222<br>412.322.9243<br>Email: ekilpela@carlsonlynch.com<br>Email: eavery@carlsonlynch.com<br>Email: glynch@carlsonlynch.com |
| Watson, Rebecca | Cathy M. Roe<br>Jessica L. Becerra<br>Kristy M. Arevalo<br>McCune Wright Arevalo LLP<br>3281 East Guasti Road, Suite 100<br>Ontario, CA 91761<br>kma@mccunewright.com<br>909.557.1250<br>Fax: 909.557.1275 |

## SERVICE LIST

| Plaintiff(s): | Counsel for Plaintiff(s): |
|---|---|
| Wheeler, William | John M. Deakle<br>Ronald V. Johnson<br>Russell L. Johnson<br>Deakle-Johnson Law Firm PLLC<br>802 N. Main Street, P.O. Box 2072<br>Hattiesburg, MS 39403<br>601.544.0631<br>Fax: 601.544.0699<br>Email: jmd@deaklelawfirm.com<br>Email: rvjohnson@djlawms.com<br>Email: rljohnson@djlawms.com<br><br>Andrea Barient<br>Patrick W. Pendley<br>Pendley, Baudin & Coffin<br>24110 Eden Street, P.O. Drawer 71<br>Plaquemine, LA 70765<br>888.725.2477<br>Fax: 225.687.6398<br>Email: abarient@pbclawfirm.com<br>Email: pwpendley@pbclawfirm.com<br><br>Rex A. Sharp<br>Ruth Anne French-Hodson<br>Sharp Law LLP<br>4820 W. 75th Street<br>Prairie Village, KS 66208<br>913.901.0505<br>Fax: 913.901.0419<br>Email: rsharp@midwest-law.com<br>Email: rafrenchhodson@midwest-law.com |
| Yu, San San | Raymond Yu<br>Raymond Yu<br>828 West 35th Street<br>Baltimore, MD 21211<br>Email: rly@post.harvard.edu |

Koninklijke Philips N.V.
Philips Center
Amstelplein 2
1096 BC Amsterdam
The Netherlands

**Koninklijke Philips N.V.**

Georgia Extended Medical
83 Peebles Valley Rd SE
Suite 101
Cartersville, GA  30121

**Georgia Extended Medical Division of Rotech Healthcare, Inc.**

Respironics, Inc.
1010 Murry Ridge Lane
Murrysville, PA  15668

**Respironics, Inc.**

Koninklijke Philips Electronics N.V.
Philips Center
Amstelplein 2
1096 BC Amsterdam
The Netherlands

**Koninklijke Philips Electronics N.V.**

Rotech Healthcare, Inc.
289 S. Culver Street
Lawrenceville, GA  30046-4805

**Rotech Healthcare, Inc.**